United States Court of Appeals
For the Third Circuit

Ryan P. Givey,                          :
Appellant                               :
                                        :
v.                                      :          Case No: 23-2330
                                        :
Jennifer Arbiter Williams,              :
Department of Justice,                  :
Appellee                                :

**REPLY TO APPELLEES BRIEF**

1.  The Department of Justice argues that Givey's allegations of being the target of extra-judicial retaliation by criminal actors, lack subject matter jurisdiction because 1) Givey is mentally ill, 2) Givey's criminal allegations are so implausible that they could not have taken place, and 3) the FBI already accepted a criminal complaint from Givey when he visited the FBI field office in 2015 and that has fulfilled the DOJ's obligation to take a criminal complaint from Givey.

2.  Givey is not mentally ill, Givey's allegations of being the target of extra-judicial retaliation by criminal actors are possible, and Givey was not given the opportunity to submit a criminal complaint to the FBI in 2015, but rather sent away after providing his name and Givey is reporting some crimes that occurred after 2015.

3.  In the DOJ's motion to dismiss for lack of subject matter jurisdiction the DOJ asked the court to apply the standard of *Mina v. Chester Cnty.*, 2015 WL 6550543, at *8 (E.D. Pa. Oct. 29, 2015), *aff'd*, 679 F. App'x 192 (3d Cir. 2017) (quoting *Weisser v. Obama*, 2013 WL 4525319, at *1 (D.D.C. Aug. 27, 2013)), a federal court case that was arguing "bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention".

4. Givey does believe that there is a conspiracy against him and that he is the target of extra-judicial retaliation by criminal actors. European law enforcement, and investigative journalist Stephen Knight, has proven an ongoing vast criminal conspiracy involving the Freemasons and organized crime existing in several European countries, namely in England[1],(Knight, Stephen. The Brotherhood, Dorset Press, 1984) and Italy[2],[3],[4] (European study "Examining the links between organized crime and corruption"[5].

5. It is not an implausible allegation by Givey to believe a similar criminal conspiracy is taking place in the United States.

6. By the standard the DOJ requested the Court to utilize in making its decision, the court must consider the question "Is Givey's allegations of being the target of extra-judicial retaliation by criminal actors, the same as allegations of a 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'?"

7. Suggested Answer: NO

8. If Givey's beliefs of being the target of extra-judicial retaliation by criminal actors are possible then the Court does have subject matter juridiction.

9. **1) Givey is not Mentally Ill**

10. *Abuse of Psychiatry*

11. In February 2014, Givey was thirty-eight years old with no history of mental illness.

---

[1] https://www.express.co.uk/news/uk/1015031/met-police-corruption-operation-tiberius-organised-crime-criminals-detective
[2] https://en.wikipedia.org/wiki/Propaganda_Due
[3] https://en.wikipedia.org/wiki/Mani_pulite
[4] https://sputnikglobe.com/amp/20190321/masonic-lodge-busted-1073422158.html
[5] https://www.europarl.europa.eu/meetdocs/2009_2014/documents/libe/dv/report_csd_/report_csd_en.pdf

12.  Givey was writing his dissertation in Widener University's doctoral program.

13. For seventeen years Joe Biden taught at Widener University.

14. Givey was previously working in the Oxford Area School District and at that time had a professional dispute, with an assistant superintendent who bragged about her political connections in Harrisburg with the Pa Secretary of Education. The assistant superintendent was friends with several of Givey's professors at Widener University. The assistant superintendent had hired several uncertified teachers for positions in a public school that hundreds of certified teachers had applied for.  Givey had a professional dispute with one of the uncertified teachers, which led to a dispute with the assistant superintendent. Human resources investigated the dispute and immediately following the investigation, the school board eliminated the assistant superintendent's position and the uncertified teacher's position.

15. In 2013, Givey had a dispute with his dissertation advisor, who had been holding Givey back in the doctoral program for years, and Givey requested a new dissertation advisor.

16. The new dissertation advisor told Givey his dissertation proposal looked like an outline because it did not have at least thirty pages per chapter and told Givey he was not ready to defend his dissertation proposal. Givey showed his dissertation advisor about a dozen dissertations he had signed off on that had about half the number of pages Givey's advisor was requesting of him. Givey's dissertation advisor immediately scheduled him to defend his dissertation proposal.

17. Givey was then assigned a new dissertation advisor. Givey passed his dissertation proposal defense with this new dissertation advisor. After Givey passed his dissertation proposal defense his new dissertation advisor requested Givey make drastic changes to his dissertation that Givey did not agree to.

18. Givey filed a grievance with Widener University. As Givey researched his grievance he noticed that some people were being held in the doctoral program for years while others seem to be passed through the program very quickly, with what Givey believed were much lower standards required of their dissertation to graduate.

19. After filing his grievance Givey found his Widener University emails had been deleted, that he was required to utilize to communicate with his professors, and that documented his work progress.

20. In February 2014, to settle his grievance Widener University offered Givey the opportunity to attend the University for free and complete his dissertation. Givey refused Widener's offer informing them he intended to sue the University and that he believed there was misconduct at the University.

21. Several days after refusing Widener's offer Givey was required to work at a school whose Principal had graduated from Widener's doctoral program. Givey was forced to work in a room in the middle February where the windows had been left open all night and the air conditioner was turned on. Givey could not turn off the air conditioning because the thermostat was behind a locked panel.

22. Givey was followed home from work that afternoon, from Kensington in Philadelphia to his development in West Chester where Givey was living at the time. Givey did not go home that evening but rather drove around in his car as a snow storm ensued and Givey was involved in a car collision early the next morning in Delaware.

23. Givey was held overnight at the hospital and transferred by police the next day to a mental health facility. Givey did not speak to a doctor at the mental facility, nor was he given any type of evaluation but in less than twenty-four hours, he was told he was diagnosed with a serious mental illness condition. Givey was held at the mental health facility for nine days. Typically to diagnose this condition a six-month observation is required, with the patient being observed experiencing delusions for a continuous two-week period of time. This could not have happened in nine days.

24. Givey's diagnosis has more in common with the abuse of psychiatry to silence a whistleblower than a legitimate diagnosis of mental illness. The facts are that Givey voices a complaint of misconduct with the intent to sue Widener University and days later is declared mentally ill.

25. The abuse of psychiatry has been well documented and utilized extensively in Russia and China to silence and discredit whistleblowers for decades.[6]

26. The abuse of psychiatry has also been well documented in the United States, in the case of New York City police officer and whistleblower Adrian Schoolcraft[7] in October 2009,

---

[6]https://en.wikipedia.org/wiki/Political_abuse_of_psychiatry#:~:text=Political%20abuse%20of%20psychiatry%2C%20also,or%20groups%20in%20a%20society.
[7] https://en.wikipedia.org/wiki/Adrian_Schoolcraft

who reported police misconduct and corruption, and found himself forced by police into a mental health facility and falsely diagnosed as paranoid delusional.

27. According to a news article[8], Harvey Weinstein threatened to have one of his victims locked up in a mental institution if she went to authorities.

28. Givey's belief of the abuse of psychiatry being utilized to silence and discredit Givey as a whistleblower and fraudulently conceal misconduct is possible. Givey's belief of the abuse psychiatry, an ongoing strategy being utilized in other countries to silence and discredit whistleblowers being utilized in the United States, to silence and discredit Givey as a whistleblower. What Givey is alleging is possible and is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

29. The Jerry Sandusky[9] scandal at Penn State University proved that Universities have powerful networks that can protect themselves from civil lawsuits and criminal investigations for decades.

30. A few weeks after Givey returned home from the mental health facility, Givey accepted Widener's offer to attend the University for free and complete his dissertation. In the fall semester of 2014, Givey attended Widener University for free, for one semester, made a few grammar edits to his dissertation and was awarded his doctorate in December 2014.

31. *Circular Logic*

---

[8] https://pagesix.com/2021/03/27/new-harvey-weinstein-accuser-says-she-bloodied-his-genitals-fighting-back/?_ga=2.25333629.1785096187.1616608390-210988845.1616608390
[9] https://en.wikipedia.org/wiki/Jerry_Sandusky

32. The DOJ is utilizing circular logic to conclude Givey is mentally ill. Psychiatrists are not law enforcement officers, refuse to look at evidence and cannot evaluate a criminal complaint. Givey's psychiatrist has relied on the fact that the DOJ refuses to investigate Givey's claims of illegal activity as proof that no crimes were committed and concludes Givey's claims are therefore delusions.

33. The DOJ is now claiming, that since a psychiatrist concluded no crimes had been committed against Givey, based on the fact that the DOJ's refusal to investigate, that Givey is mentally ill and they are not required to take a criminal complaint from Givey.

34. The psychiatrist is relying on the refusal of the DOJ to investigate to determine Givey is mentally ill and the DOJ is now relying on the psychiatrist's determination that Givey is mentally ill to determine Givey is mentally ill.

35. This is circular logic and the determination that Givey is mentally ill is solely based on the DOJ's refusal to investigate Givey's claims.

36. *Law Enforcement Refusing to Investigate*

37. It is entirely plausible that actual crimes were committed against Givey and law enforcement is refusing to investigate.

38. Hundreds of victims of Larry Nasser, Jeffrey Epstein and Harvey Weinstein were turned away by law enforcement, including the FBI and DOJ for decades. The claims of hundreds of victims of Larry Nasser, Jeffrey Epstein and Harvey Weinstein have now been substantiated.

39. The Jerry Sandusky[10] scandal at Penn State University proved that Universities have powerful networks that can interfere with civil lawsuits and criminal investigations for decades.

40. Givey's belief that actual crimes have taken place and that law enforcement is refusing to investigate is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

41. *Surveillance*

42. Harvey Weinstein[11] and Jeffrey Epstein[12] had dozens of their victims surveilled for years to interfere with civil complaints and criminal investigations against them.

43. Givey's allegation of surveillance is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

44. *Interference with Civil Complaints and Criminal Investigations*

45. Harvey Weinstein[13] and Jeffrey Epstein[14] had dozens of their victims surveilled for years to interfere with civil complaints and criminal investigations against them.

46. Stephen Knight described in detail how networks of Freemasons in law enforcement and the legal system would interfere with civil complaints and criminal investigations. The criminal investigations and civil lawsuits into the Hillsborough Disaster in England have been put forth as evidence into how the Freemasons can run interference as reported by the Guardian.[15]

---

[10] https://en.wikipedia.org/wiki/Jerry_Sandusky
[11] https://www.newyorker.com/news/news-desk/harvey-weinsteins-army-of-spies
[12] https://www.cnn.com/2019/07/12/us/jeffery-epstein-witness-intimidation/index.html
[13] https://www.newyorker.com/news/news-desk/harvey-weinsteins-army-of-spies
[14] https://www.cnn.com/2019/07/12/us/jeffery-epstein-witness-intimidation/index.html
[15] https://www.theguardian.com/uk-news/2014/dec/17/hillsborough-disaster-police-masonic-conspiracy

47. Law enforcement in Penn State University refused to take criminal complaints from the victims of Jerry Sandusky for decades. It is possible for a University to have a powerful network of people that can interfere with civil lawsuits and criminal investigations.

48. Givey's allegation that he has encountered interference in his efforts to initiate civil complaints and criminal investigations is possible and is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

**49. 2) It is Plausible that Real Crimes have been Committed**

50. *Widener University*

51. Givey's belief of drastically different standards being applied for the completion of a doctoral student's dissertation at Widener University is possible and could suggest misconduct and possibly federal crimes involving Federal Student Loans and is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

52. *Oxford Area School District*

53. Givey's belief that it was illegal to hire uncertified teachers in the Oxford Area School District instead of certified teachers is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

54. *School District of Philadelphia*

55. *Mafia Boss's Son*

56. The son of the Mafia Boss of Philadelphia was teaching at a Philadelphia high school during Givey's employment with the School District. This teacher had a direct connection to the mob since his father was identified as the mafia boss of Philadelphia and his father was arrested by the FBI and accused of committing federal crimes.

57. This teacher was certified in Biology and Chemistry. The school he taught at did not have enough Biology and Chemistry teachers to teach all of their students.

58. The final year Givey worked with this teacher, this teacher was rostered one class a day with only six students rostered to his class. Givey spent many days in this teacher's classroom and observed that he would only teach approximately twenty minutes a day to about two or three students and then he would leave the school building after teaching his first period class.

59. Givey's belief of misconduct and possible criminal conduct by a man with close family associations to the mob is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

60. *Mayor Kenney's best friend*

61. Givey worked at a Philadelphia high school with a teacher who claimed to be Mayor Kenney's best friend. The teacher told Givey he had no prior teaching experience and was emergency certified as a Chemistry teacher.

62. The teacher was not rostered a Chemistry class but rather rostered one elective class period a day where he told Givey he watched television programs with the students every day and Givey also witnessed this. This teacher was also assigned to the very desirable position as the school's data coach to review the teachers' test data and work with the teachers improve their instruction. Givey never witnessed this teacher working with other teachers to improve their instruction. Givey met with this teacher many times and believed he lacked the required education and skillsets to perform his duties as a teacher and data coach.

63. Givey believes that this data coach position was paid for with federal Title I money.

64. Givey's belief that Mayor Kenney's best friend being emergency certified as a Chemistry teacher, then being rostered one elective class where he watched television programs with the students every day and being assigned as the school's data coach, a job Givey believed he lacked the education and necessary skillsets to perform, is misconduct that may rise to the level of criminal conduct and is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

65. *Convicted Murderer*

66. Givey for years worked with a teacher in Philadelphia who was a convicted of murder, who was still on parole, that Givey verified was true by reading newspaper articles about the murder. This teacher told Givey he intentionally murdered a sixteen-year old child by gunshot and spent most of his adult life in prison.

67. This teacher told Givey he made a lot of connections in prison as a jailhouse lawyer.

68. This teacher told Givey that upon release from prison and when he was still on parole, he had connections to the Pennsylvania Secretary of Education who awarded him a teaching certificate.

69. This teacher told Givey he had connections in the School District of Philadelphia who awarded him the best teaching job in Philadelphia, at the School District's highest performing high school.

70. Givey's belief that that the hiring of a convicted murderer as a teacher in a public school is misconduct and possibly criminal, considering he was able utilize his connections within the School District to circumvent the required Pa State criminal record check, the

FBI criminal record check and the Pa State child abuse criminal record check to obtain his teaching position is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

71. *Givey's direct supervisor*

72. Givey's direct supervisor was hired by the head of the department (who graduated from Widener University).

73. The head of Givey's department was friends with Givey's direct supervisor's father (who sat on the Pa Secretary of Education's Board of Higher Education).

74. When Givey's direct supervisor came to the School District of Philadelphia she had little to no teaching experience and was hired into the very desirable position as a teacher coach at an elementary school.

75.  Givey's direct supervisor was then hired into the very desirable position as a district teacher coach.

76. With no experience in technology integration, no experience working high schools and no experience as an administrator, Givey's direct supervisor was hired as the direct supervisor to about fifty technology integration coaches.

77. Givey has a doctorate and wrote his dissertation on integrating Smartboard technology into high school classrooms. Givey's assignment, at the time, was to work with teachers to integrate Smartboard technology into high school classrooms.

78. Immediately after being hired as Givey's direct supervisor, she began giving Givey poor performance ratings and falsifying documentation against Givey (that he has proof was falsified), which led to the termination of his employment.

79. Givey's belief that his employment in the School District of Philadelphia was terminated at the direction of a Widener graduate due to his accusations of misconduct at Widener University is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

80. *Little work Full Pay*

81. Givey has observed that the School District of Philadelphia has hundreds of jobs that require the employee to perform little to no work and provide the employee with a full-time salary and make them eligible to receive a State pension. Givey has witnessed several teachers who openly associate as Freemasons in these positions.

82. Givey's belief of misconduct and possible criminal conduct, that these low work, full pay positions are being awarded utilizing some other criteria, other than qualifications and experience is possible and is not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

83. *Technology Contracts*

84. Givey's belief that the School District technology contracts were improperly awarded and compensated is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

85. Through a series of Pa Right to Know Requests, Givey believes he has secured adequate proof of misconduct and possibly criminal conduct in the awarding and compensation associated with the technology contracts, many of which are paid for utilizing federal Title I funds.

86. *Givey's employment*

87. Givey was hired in the School District of Philadelphia by a graduate of Widener's doctoral program and a member of the secret society B'nai B'rith who was the manager leading Givey's Department at the time of his employment. This manager was friends with Mayor Kenney and upon information and belief, holds high priced political fundraisers at her home. B'nai B'rith according the Freemason lodge of British Columbia was founded by Jewish Freemasons.[16] News articles stated that B'nai B'rith was raided by the FBI in 1990's[17] and found to be surveilling 12,000 people in 950 different organizations in California.

88. Immediately following Givey voicing his belief about misconduct at Widener University, Givey began receiving poor performance reviews at work which subsequently led to his employment with the school district being terminated.

89. Givey's belief that his employment in the School District of Philadelphia was terminated at the direction of a Widener graduate due to his accusations of misconduct at Widener University and his accusations of misconduct in the awarding and compensation of school district contracts is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

90. Givey's belief that a powerful and politically connected school district, department head who is a member of B'nai B'rith (an organization found to be surveilling 12,000 people in California) could have Givey surveilled because he is a whistleblower is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

91. *Code Enforcement*

---

[16] https://web.archive.org/web/20190107104622/http://www.freemasonry.bcy.ca/texts/bnaibrith.html
[17] https://merip.org/1993/07/adls-spy-ring/

92. At the same time Givey was being held back from progressing on his dissertation at Widener University Givey was targeted by illegal enforcement actions against his rental property business.

93. Givey had his rental properties at this time for approximately six years with no record of violations.

94. All at once, Givey had code enforcement officers searching inside the trash cans and trash bags of his home and rental properties every week looking for trash and recycling violations, violations alleging weeds on his property, entering Givey's property to demand he remove items legally stored items on his property and yearly rental inspections, that produced no previous violations now produced a litany of violations of building codes (that were supposed to be applied to new construction, not grandfathered older buildings), instead of property maintenance codes (which pertain to existing buildings).

95. Givey proved in Court, upon appeal that the citations issued in Givey's name, by local enforcement officers were all illegal and Givey was found not guilty.

96. The local code enforcement officers then fabricated fire code violations, Givey believes in an attempt to revoke his rental license that legally allowed him to rent his rental properties.

97. When Givey's fire alarm servicer argued with the code enforcement officers over email, the code enforcement officers dropped their fire alarm requirements on Givey's properties and threatened the fire alarm servicer.

98. The local police refused to take a criminal complaint and the District Attorney's Office refused to take a criminal complaint for months, with the secretary informing Givey

landlords come in every week requesting to file criminal complaints and the District

Attorney's Office refuse to take criminal complaints about local code enforcement

officers.

99. When Givey finally spoke to a County detective who copied Givey on emails where he

attempted to have a detective assigned to Givey's case, the District Attorney's Chief of

Staff intervened and refused to investigate.

100.    Givey called the Pa Department of Labor and Industry, who licenses code

inspectors and spoke to an officer who took his complaint telling Givey this was the most

egregious conduct she has heard of, only to have the director of the department write

Givey a letter refusing to investigate.

101.    Givey tried to find a lawyer to sue the local government over the illegal code

enforcement and although Givey was willing to pay the lawyers money and they told

Givey they believed the enforcement actions against him were illegal they were unwilling

to take the case.

102.    The local apartment and housing association was run by a Freemason. The board

of the local apartment and housing association previously successfully sued the borough

over its illegal rental inspection program and its illegal code enforcement. It is Givey's

understanding that in Court it was proven that the rental inspection program was illegal

and the code enforcement against rental properties was illegal. Givey called the lawyers

who had successfully sued the borough in those cases and those lawyers admitted the

borough's rental inspection program was illegal and code enforcement was illegal but

refused to represent Givey in filing a lawsuit against the borough.

103.     Stephen Knight[18] described the Freemasons attacking their victims utilizing a network of Freemasons to attack every aspect of a person's life and Knight described in detail how the Freemason perpetrators will evade justice by utilizing a network of Freemasons in law enforcement and the legal system to interfere with civil complaints and criminal investigations.

104.     Law enforcement refused to take criminal complaints from the victims of Jerry Sandusky, concerning his criminal behavior at Penn State University, for decades. It is possible for a University to have a powerful network of people that can interfere with civil lawsuits and criminal investigations.

105.     Law enforcement, including the FBI and DOJ refused to take criminal complaints from hundreds of victims of Larry Nasser, Harvey Weinstein and Jeffrey Epstein for decades.

106.     Harvey Weinstein and Jeffrey Epstein utilized surveillance and a network of contacts within law enforcement and the legal system to interfere with civil complaints and criminal investigations.

107.     Givey's belief that illegal code enforcement was perpetrated against him is supported by Court records and email records, and his belief that a powerful group of people, possibly the Freemasons or people connected to Widener University, are able to interfere with Givey's attempts to initiate civil lawsuits and criminal investigations is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

*108.*     *Threats*

---

[18] (Knight, Stephen. The Brotherhood, Dorset Press, 1984)

*109.*    Givey's sister told Givey she was being threatened and claimed that other family were being threatened.

*110.*    The Jerry Sandusky[19] scandal at Penn State University proved that Universities have powerful networks that have threatened people. News reports also alleged that a local district attorney was murdered to cover up Jerry Sandusky's crimes at Penn State University.[20]

111.    Stephen Knight described in detail that the Freemasons will attack their victim's friends and family.

112.    Organized crime has always threatened witnesses including family members.

*113.*    Givey's sister telling him that she is being threatened is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

*114.*    *Connecting the Dots*

*115.*    Givey's belief that there is a connection between his dispute with the politically connected assistant superintendent in Oxford (who was friends with several of his professors at Widener University) and Givey's belief that his advancement within Widener's doctoral program being improperly interfered with is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

*116.*    Givey's belief that his allegations of misconduct within Widener University's doctoral program led to the manager of Givey's department (who graduated from

---

[19] https://en.wikipedia.org/wiki/Jerry_Sandusky

[20] https://www.academia.edu/28822606/SANDUSKY_PATERNO_AND_THE_MURDER_OF_RAY_FRANK_GRI CAR

Widener University's doctoral program) directing his direct supervisor to falsify poor performance records about Givey and terminating Givey's employment is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

*117.*     The Jerry Sandusky[21] scandal at Penn State University proved that Universities have powerful networks that can interfere with civil lawsuits and criminal investigations for decades. Widener University has the largest law school in Delaware. Givey's belief that a lawsuit initiated against him in Delaware following his car collision in February 2014 (where the lawyers suing him were Widener graduates, the lawyers defending him were Widener graduates and the judge presiding over the case was a Widener graduate) may have been improperly influenced by a network of people associated Widener University is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

*118.*     Givey's belief that the politically connected individuals Givey has had disputes with including a University with a law school, that employed Joe Biden as a professor, could influence a local borough code enforcement office into targeting Givey's rental property business is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

*119.*     Givey's belief that the powerful and politically connected people that Givey has had disputes with have made their connections through secret societies, such as Freemasons and B'nai B'rith is supported by the facts and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention'.

---

[21] https://en.wikipedia.org/wiki/Jerry_Sandusky

120.    Givey's belief that secret societies, such as Freemasons and B'nai B'rith and a

University have the ability to utilize their powerful connections and large networks of

people to target an individual with extra-judicial retaliation is supported by facts and not

akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or

supernatural intervention'.

121.    *Summary*

122.    Mueller reorganized the FBI in June 2002[22] bringing organized crime from the

number one priority of the FBI to the number sixth priority of the FBI.

123.    In 2010, a report was presented to Congress titled, Organized Crime in the United

States: Trends and Issues for Congress[23], noting that the FBI was no longer investigating

organized crime in the United States.

124.    The Department of Justice in the Eastern District of Pennsylvania disbanded its

organized crime task force in 2008.

125.    The DOJ cannot state that that organized crime is not joining the Freemasons, as

they are doing in other countries, to facilitate vast corruption schemes because the FBI

has not investigated organized crime in twenty years and the DOJ has not had an

organized crime task force in fifteen years.

126.    The DOJ cannot state that Widener University does not have a powerful network

of people to protect them, similar to Penn State University, during the Jerry Sandusky

scandal.

127.    Givey's belief that he is the target of extra-judicial retaliation by criminal actors,

are possible and not akin to asserting 'bizarre conspiracy theories, government

---

[22] https://irp.fas.org/congress/2002_hr/062102mueller.html
[23] https://sgp.fas.org/crs/misc/R40525.pdf

manipulations of the mind, or supernatural intervention' that can be dismissed by the Court as lacking subject matter jurisdiction.

**128.**     **3) The FBI and DOJ did not take a criminal complaint from Givey and Crimes Occurred after April 2015**

129.     Givey visiting the FBI field office in April 2015 and being sent away after providing his name to the secretary at the intake desk does not satisfy the DOJ's Constitutional obligation to take a criminal complaint from Givey.

130.     Givey is a United States citizen with a First Amendment Constitutional Right to "Petition the Government for the Redress of Grievances."

131.     Givey has the Constitutional Right to make a criminal complaint and request the government to assist Givey in his pursuit of Justice.

132.     In 2015, Givey providing his name to the secretary at the FBI field office and being told to leave, does not satisfy the DOJ's Constitutional obligation to take a criminal complaint from Givey.

133.     Givey is also reporting some crimes that occurred after April 2015.

**134.**     **Conclusion**

*135.*     Givey's belief that he is the target of extra-judicial retaliation by criminal actors, is possible and not akin to asserting 'bizarre conspiracy theories, government manipulations of the mind, or supernatural intervention' that can be dismissed by the Court as lacking subject matter jurisdiction.

136.     The DOJ has a Constitutional obligation to take a criminal complaint from Givey and the DOJ has not satisfied that Constitutional obligation.

137.     The DOJ is a government agency bound by federal law, the Constitution of the

United States and the orders of a Federal Court.

138.     Any sitting federal judge can assign a special prosecutor.

139.     Any sitting federal judge can turn over a criminal complaint directly to a special

grand jury.

140.     Any sitting federal judge can provide for the protection of witnesses pending

admittance into the witness protection program.

141.     This honorable Court should:

142.     1) Compel the DOJ (Department of Justice) to take a criminal complaint from

Givey, including interviewing Givey and compel the DOJ to turn over Givey's criminal

complaint as well as relevant evidence to a special grand jury; or

143.     2) Assign a special prosecutor to investigate Givey's criminal complaint outlined

in his Petition; or

144.     3) Turn over Givey's criminal complaint outlined in his Petition directly to a

special grand jury;

145.     4) Provide for the witness protection of Givey.

Signature


9/14/2023

Date