

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



December 4, 2023

Ryan P. Givey
Mark J. Sherer, Esq.

RE: Ryan Givey v. DOJ, et al
Case Number: 23-2330
District Court Case Number: 2-22-cv-00298

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Thursday, December 21, 2023.** This means your presence will not be required.

PSD/KY

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **BIBAS, PORTER and MONTGOMERY-REEVES, Circuit Judges**