<u>THURSDAY, DECEMBER 21, 2023</u>

<u>Coram: BIBAS, PORTER, and MONTGOMERY- REEVES, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 23-2330</u>
Pursuant to 3rd Cir. LAR 34.1(a)

RYAN P. GIVEY,
Appellant
v.
UNITED STATES DEPARTMENT
OF JUSITCE; JENNIFER
ARBITTIER WILLIAMS